1
2
3
4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

5

JOHN EDWARD KIRBY,                                    Case No. 3:24-cv-00002-ART-CSD

6                                         Petitioner,           ORDER

7          v.

8    WARDEN BRIETENBACH,

9                                       Respondents.

10         Petitioner John Edward Kirby, a *pro se* Nevada prisoner, has not properly

11   commenced this habeas action by either paying the standard $5.00 filing fee or

12   filing a complete application for leave to proceed *in forma pauperis* ("IFP"). He

13   submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C.

14   § 2254, a Motion for Appointment of Counsel (ECF No. 1-2) as well as an

15   Application to Proceed *in forma pauperis* (ECF No. 5). The IFP application,

16   however, is incomplete.

17         Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of

18   Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district

19   court. The Court may authorize an indigent prisoner to begin a habeas action

20   without paying the $5 fee if he or she submits an IFP application on the approved

21   form and includes three specific documents: (a) the prisoner's financial

22   declaration and acknowledgement showing an inability to prepay fees and costs,

23   (b) a financial certificate signed by the prisoner and an authorized prison official,

24   and (c) a copy of the prisoner's account statement for the six-month period prior

25   to filing.  28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

26         Here, Petitioner has requested IFP status to waive his filing fee. However,

27   he did not submit a financial certificate signed by an authorized officer at the

28   Nevada Department of Corrections. In addition, Petitioner has not submitted a

1   certified copy of his inmate trust account statement for the six-month period
2   preceding this habeas action.

3       Although he may qualify for IFP status, the Court is unable to make such
4   determination without all of the correct documents. Petitioner's IFP application
5   lacks the appropriate financial information and documentation required by
6   § 1915(a) and the Local Rules and is therefore denied without prejudice.

7       Petitioner will have 45 days from the date of this order to either pay the $5
8   filing fee or submit a complete IFP application with all required documentation.

9       It is therefore ordered that the initial screening of the Petition for Writ of
10  Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases and
11  consideration of Petitioner's Motion for Appointment of Counsel (ECF No. 1-2) is
12  deferred to until such time as he has fully complied with this order.

13      The Clerk of Court is instructed to send Petitioner a blank form IFP
14  application for incarcerated litigants along with instructions, and a copy of this
15  order.

16      It is further ordered that, within 45 days of the date of this order, Petitioner
17  must file an IFP application that includes a: (a) financial certificate signed by
18  Petitioner and an authorized prison official, (b) financial declaration and
19  acknowledgement signed by Petitioner, and (c) copy of Petitioner's inmate
20  account statement for the six-month period prior to filing. Alternatively, Petitioner
21  must pay the $5 filing fee within 45 days of the date of this order. If Petitioner
22  decides to pay the filing fee from his inmate account, he must arrange to have a
23  copy of this order attached to the check for the filing fee.
24  ///
25  ///
26  ///
27  ///
28  ///

1        It is further ordered that Petitioner's failure to comply with this order within

2   45 days by either submitting a complete IFP application, or paying the filing fee

3   will result in the dismissal of this action without prejudice and without further

4   advance notice.

5

6

7        DATED THIS 25th day of January 2024.

8

9   _____

10  ANNE R. TRAUM
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28