UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN EDWARD KIRBY,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WARDEN BRIETENBACH,<br><br>　　　　　　　　　　Respondents. | Case No. 3:24-cv-00002-ART-CSD<br><br>ORDER |

　　　　Petitioner John Edward Kirby moves for an extension of time to file his first amended petition. (ECF No. 18.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

　　　　It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 18) is granted. Petitioner has until November 4, 2024, to file his amended petition.

　　　　DATED THIS 14th day of August, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE