UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN EDWARD KIRBY, | Case No. 3:24-cv-00002-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN BREITENBACH, | |
| Respondents. | |

Respondents move for an extension of time to file their response to the first-amended petition (ECF No. 27). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time to file response to first-amended petition for writ of habeas corpus (first request) [ECF No. 27] is granted. Respondents have until February 28, 2025, to file their response to the first-amended petition.

Dated this 30th day of December 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE